**DISMISS and Opinion Filed September 2, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01395-CV**

**NAVAL PATEL, Appellant**
**V.**
**OSCAR INSURANCE COMPANY, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18066**

## MEMORANDUM OPINION

Before Justices Whitehill, Pedersen, III, and Reichek
Opinion by Justice Whitehill

Appellant's brief in this case is overdue. On appellant's motion, we extended the deadline for filing appellant's brief until May 20, 2020. By order dated June 4, 2020, we informed appellant his brief was overdue and directed appellant to file his brief no later than June 25, 2020. We cautioned appellant that failure to file his brief by that time would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


                                             /Bill Whitehill/
                                             BILL WHITEHILL
                                             JUSTICE


191395F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NAVAL PATEL, Appellant

No. 05-19-01395-CV      V.

OSCAR INSURANCE COMPANY, Appellee

On Appeal from the 95th District Court, Dallas County, Texas
Trial Court Cause No. DC-18-18066.
Opinion delivered by Justice Whitehill. Justices Pedersen, III and Reichek participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee OSCAR INSURANCE COMPANY recover its costs of this appeal from appellant NAVAL PATEL.

Judgment entered September 2, 2020